JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID SHEEHAN III, an Individual, <br><br> Claimant, <br><br> v. <br><br> PAR-LAY CONTENT, INC., a Business Entity of Unknown Type; and DOES 1 through 25, inclusive, <br><br> Respondents. | Case No. 2:22-cv-09290-MCS-PD <br><br> **JUDGMENT** |

Pursuant to the Court's Order Denying Petition and Dismissing Case, it is ordered, adjudged, and decreed that the petition is denied and the action is dismissed without prejudice for lack of jurisdiction. Claimant shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 16, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1